PAUL ANDRE (Bar No. 196585)
pandre@kslaw.com
LISA KOBIALKA (Bar No. 191404)
lkobialka@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Tel: 650-590-0700
Fax: 650-590-1900

BRUCE. W. SLAYDEN II, (TX Bar No 184966985) (*pro hac vice* to be filed)
bslayden@kslaw.com
R. WILLIAM BEARD, JR., (TX Bar No. 00793318) (*pro hac vice* to be filed)
wbeard@kslaw.com
BRIAN C. BANNER, (TX Bar No. 24059416) (*pro hac vice* to be filed)
bbanner@kslaw.com
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, TX  78701
Tel: 512-457-2000
Fax: 512-457-2100

Attorneys for Plaintiffs
MICROCHIP TECHNOLOGY, INC. AND
SILICON STORAGE TECHNOLOGY, INC.

RECEIVED 2010 NOV -5 P 3 42 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROCHIP TECHNOLOGY, INC., and SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC <br><br> Defendants. | Case No.: CV-10-4241-JCS <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRIAN C. BANNER *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION       Case No. CV-10-4241 JCS
FOR ADMISSION OF ATTORNEY BRIAN C. BANNER *PRO HAC VICE*

Brian C. Banner, whose business address and telephone number is King & Spalding, LLP, 401 Congress Avenue, Suite 3200, Austin, Texas 78701, Telephone (512) 457-2000, Facsimile (512) 457-2100, Email bbanner@kslaw.com, and who is an active member in good standing of the bar the Eastern District of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Microchip Technology, Inc. and Silicon Storage Technology, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 19, 2010

*Lucy H. Koh*
United States District Judge

2

[PROPOSED] ORDER GRANTING APPLICATION  Case No. CV-10-4241 JCS
FOR ADMISSION OF ATTORNEY BRIAN C. BANNER *PRO HAC VICE*