RECEIVED
2011 FEB 10 P 1:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG SEMICONDUCTOR, INC.

        Plaintiff,

    v.

UNITED MODULE CORP. and
KERANOS LLC,

        Defendant.

_____/

CASE NO. C 11-00430 lhk

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Paul A. Gennari                      , whose business address and telephone number is

Steptoe & Johnson LLP, 1330 Connecticut Avenue, N.W.,
Washington, DC 20036-1795, Tel. (202) 429-6413

and who is an active member in good standing of the bar of  USDC E.D. Texas

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Plaintiffs.

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: February  17, 2011

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District     Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28