UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROCHIP TECHNOLOGY, INC. and SILICON STORAGE TECHNOLOGY, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED MODULE CORP., and KERANOS, LLC,<br><br>　　　　Defendants. | Related Cases:<br><br>CASE NO.: CV-10-04241-LHK<br><br>CASE NO.: CV-10-05196-LHK<br><br>CASE NO.: CV-10-05290-LHK<br><br>CASE NO.: CV-11-00430-LHK |
| FREESCALE SEMICONDUCOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED MODULE CORP., and KERANOS, LLC,<br><br>　　　　Defendants. | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:　　March 3, 2011<br>Time:　　1:30 p.m.<br>Courtroom: Courtroom 4, 5th floor<br>Judge:　　Hon. Lucy H. Koh |

| | |
|---|---|
| 1 | TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC., |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | UNITED MODULE CORP., and KERANOS, LLC, |
| 6 | |
| 7 | Defendants. |
| 8 | SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC., |
| 9 | |
| 10 | Plaintiffs, |
| 11 | v. |
| 12 | UNITED MODULE CORP., and KERANOS, LLC, |
| 13 | Defendants. |

Now before the Court is Defendant Keranos, LLC's Administrative Request to File Documents Under Seal. Upon consideration of the motion, and of the supporting declaration of Theresa E. Norton filed therewith, the Court finds there to be good cause for granting Defendant's request to file the following documents under seal: (1) Exhibit 20 to the Declaration of Theresa Norton in Support of Defendant Keranos, LLC's Reply in Support of Motions to Dismiss ("Norton Decl."); (2) Exhibit 21 to Norton Decl.; (3) Exhibit 22 to Norton Decl.; (4) Exhibit 23 to Norton Decl.; (5) Exhibit 24 to Norton Decl.; (6) Exhibit 30 to Norton Decl.; (7) Exhibit 65 to Norton Decl.; (8) Exhibit 66 to Norton Decl.; and (9) Exhibit 72 to Norton Decl. These documents were filed under seal in the Texas Case, and are appropriately filed under seal in this action as well.

Defendant Keranos, LLC also seeks to file under seal the entirety of its Reply in this action. This request is too broad, as a motion to seal documents must be "narrowly tailored to seek sealing of only sealable material." Civ. Local Rule 79-5(a). Defendant Keranos, LLC's Reply contains much information that is neither sealable nor confidential. Accordingly, by Wednesday, February 23, 2011, Defendant is directed to submit: (1) a redacted version of its Reply that can be filed in the public record pursuant to Civil Local Rule 79-5(c); and (2) a second motion to file under seal with respect to the confidential version of the Reply. If the redacted version is narrowly tailored to omit only sealable material, the Court will permit the confidential version to be filed under seal.

**IT IS SO ORDERED.**

DATED:  February 18, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Court Judge

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL   -1-   CASE NO. 10-CV-04241-LHK AND RELATED CASES