DAVID L. WITCOFF (IL State Bar No. 6183629)
dlwitcoff@jonesday.com
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: 312-269-4259
Facsimile:  312-782-8585

Attorneys for Plaintiff,
FREESCALE SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICROCHIP TECHNOLOGY, INC., and SILICON STORAGE TECHNOLOGY, INC.,<br><br>           Plaintiffs,<br><br>      v.<br><br>UNITED MODULE CORP., and KERANOS, LLC,<br><br>           Defendants. | **Case No.:  10-CV-4241-LHK**<br><br>**REQUEST AND [PROPOSED] ORDER TO PERMIT COUNSEL TO APPEAR TELEPHONICALLY AT THE MARCH 3, 2011 CASE MANAGEMENT CONFERENCE AND HEARING ON MOTIONS TO DISMISS**<br><br>Date:           March 3, 2011<br>Time:          1:30 p.m.<br>Courtroom:  Courtroom 4, 5th Floor<br>Judge:         Hon. Lucy H. Koh |
| TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC.,<br><br>           Plaintiffs,<br><br>      v. "<br><br>UNITED MODULE CORP., and KERANOS, LLC,<br><br>           Defendants. | **Case No.: 10-CV-05290-LHK** |

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC., | **Case No.: 10-CV-05196-LHK** |
| Plaintiffs, | |
| v. | |
| UNITED MODULE CORP., and KERANOS, LLC, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC., | **Case No.: 11-CV-00430-PSG** |
| Plaintiffs, | |
| v. | |
| UNITED MODULE CORP., and KERANOS, LLC, | |
| Defendants. | |

STIP. & [~~PROP~~] ORDER TO PERMIT COUNSEL TO APPEAR BY TELEPHONE CONFERENCE

Case No. 10-CV-4241-LHK and Related Cases

A hearing on Defendants' motions to dismiss and case management conference for the above-referenced cases is scheduled to take place on March 3, 2011.  King & Spalding, the lead trial counsel for all the plaintiffs in the above-referenced matters, will be attending the case management conference in person.  Co-counsel for Freescale Semiconductor, Inc., David L. Witcoff of Jones Day, who has made an appearance in this case and will be located in Chicago at the time of the hearing, makes this application to attend the hearing and case management conference telephonically.  In compliance with Local Rule 16-10,  Mr. Witcoff respectfully makes this request to appear telephonically on March 3, 2011.

Dated:  February 23, 2011                           Respectfully submitted,


                                             By      /s/ David L. Witcoff
                                                  DAVID WITCOFF
                                                  dlwitcoff@jonesday.com
                                                  JONES DAY
                                                  77 West Wacker
                                                  Chicago, Illinois 60601
                                                  Tel:  312-269-4259
                                                  Fax:  312-782-8585

                                                  Attorneys for Plaintiff,
                                                  FREESCALE SEMICONDUCTOR, INC..


**IT IS SO ORDERED.**


Dated:  __March 2, 2011                      _____
                                             Honorable Lucy H. Koh
                                             United States District Judge

SVI-90157v1

1