1  PAUL J. ANDRE (State Bar No. 196585)
   pandre@kslaw.com
2  LISA KOBIALKA (State Bar No. 191404)
   lkobialka@kslaw.com
3  SEAN BOYLE (State Bar No. 238128)
   sboyle@kslaw.com
4  KING & SPALDING LLP
   333 Twin Dolphin Drive, Suite 400
5  Redwood Shores, CA 94065
   Telephone: (650) 590-0700
6  Facsimile: (650) 590-1900

7  Attorneys for Plaintiffs
   MICROCHIP TECHNOLOGY, INC., SILICON STORAGE TECHNOLOGY, INC.,
8  ANALOG DEVICES, INC., FREESCALE SEMICONDUCTOR, INC., NATIONAL
   SEMICONDUCTOR CORP., TAIWAN SEMICONDUCTOR MANUFACTURING, CO.,
9  LTD., TSMC NORTH AMERICA, UBICOM, INC., SAMSUNG ELECTRONICS CO., LTD.,
   and SAMSUNG SEMICONDUCTOR, INC.
10
   JAMES C. OTTESON (State Bar No. 157781)
11 jim@agilityiplaw.com
   MONICA MUCCHETTI ENO (State Bar No. 164107)
12 monica@agilityiplaw.com
   AGILITY IP LAW, LLP
13 1900 University Circle, Suite 201
   East Palo Alto, CA  94303
14 Telephone:  (650) 227-4800
   Facsimile:   (650) 318-3483
15
   Attorneys for Defendants
16 KERANOS LLC and UNITED MODULE CORPORATION

17

18                          UNITED STATES DISTRICT COURT

19                         NORTHERN DISTRICT OF CALIFORNIA

20                                  SAN JOSE DIVISION

21 MICROCHIP TECHNOLOGY INC., and          Case No.: 10-CV-4241-LHK
   SILICON STORAGE TECHNOLOGY, INC.,       and Related Cases:
22
                 Plaintiffs,               Case No.: 10-CV-5290-LHK
23                                         Case No.: 10-CV-5196-LHK
        v.                                 Case No.: 11-CV-0430-LHK
24
   UNITED MODULE CORP., and KERANOS,       STIPULATION AND [PROPOSED]
25 LLC                                     ORDER REGARDING EXTENSION OF
                                           STAY FOR MEDIATION
26               Defendants.
                                           DEMAND FOR JURY TRIAL
27

28

STIP. & [PROP.] ORDER                                    CASE NO. 10-CV-04241-LHK
REGARDING EXTENSION OF STAY                              AND RELATED CASES

| | | |
|---|---|---|
| 1 | TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC., | Case No.: 10-CV-5290-LHK |
| 2 | | DEMAND FOR JURY TRIAL |
| 3 | | |
| 4 | Plaintiffs, | |
| 5 | v. | |
| 6 | UNITED MODULE CORP., and KERANOS, LLC, | |
| 7 | Defendants. | |
| 8 | FREESCALE SEMICONDUCTOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC., | Case No.: 10-CV-5196-LHK |
| 9 | | DEMAND FOR JURY TRIAL |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | UNITED MODULE CORP., and KERANOS, LLC, | |
| 13 | Defendants. | |
| 14 | SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC., | Case No.: 11-CV-0430-LHK |
| 15 | | DEMAND FOR JURY TRIAL |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | UNITED MODULE CORP., and KERANOS, LLC, | |
| 19 | Defendants. | |
| 20 | | |

21
22  WHEREAS Plaintiffs Microchip Technology, Inc.; Silicon Storage Technology, Inc.,
23  Taiwan Semiconductor Manufacturing Co., Ltd., TSMC North America; Ubicom, Inc., Freescale
24  Semiconductor, Inc., National Semiconductor Corp., Samsung Electronics Co., Ltd., Samsung
25  Semiconductor, Inc., Analog Devices, Inc. (herein "Declaratory Judgment Plaintiffs) and
26  Defendants Keranos, LLC and United Module Corp. (herein "Declaratory Judgment Defendants)
27  (collectively "Parties") stipulated and agreed to participate in court-appointed mediation for the
28  purpose of trying to resolve the four above-referenced related cases as well as the claims brought

STIP. & [PROP.] ORDER
REGARDING EXTENSION OF STAY
-1-
CASE NO. 10-CV-04241-LHK
AND RELATED CASES

by and/or against them in *Keranos v. Analog Devices, Inc. et al.*, Civ. Action No. 2:10-cv-207, that is pending in the Eastern District of Texas (Dkt. # 67);

WHEREAS the Parties stipulated and agreed to participate in this mediation before June 6, 2011 (Dkt. # 67);

WHEREAS the Court ordered the Parties to complete mediation on or before June 3, 2011 (Dkt. # 69);

WHEREAS the Court ordered the Parties to file a stipulation of dismissal, or to notify the Court that the cases did not settle, on or before June 6, 2011 (Dkt. # 69);

WHEREAS the Court stayed the cases until June 6, 2011 (Dkt. # 69);

WHEREAS scheduling the mediation involved coordinating the schedules of the mediator and representatives of more than ten parties, and for that reason the Parties and mediator could not reach a mutually agreed date for the mediation before June 3, 2011;

WHEREAS, the Parties and mediator have agreed to schedule the mediation for June 6, 2011 and to consider June 7, 2011 as an additional date if appropriate.

The Parties hereby STIPULATE AND AGREE that:

1. The current stay of the above-captioned cases is extended until June 8, 2011;

2. Declaratory Judgment Plaintiffs and Declaratory Judgment Defendants agree to participate in court-appointed mediation for the purpose of resolving the four above-referenced related cases as well as the claims brought by and/or against them in *Keranos v. Analog Devices, Inc. et al.*, Civ. Action No. 2:10-cv-207, that is pending in the Eastern District of Texas;

3. Declaratory Judgment Plaintiffs and Declaratory Judgment Defendants agree to participate in this mediation on or before June 7, 2011; and

4. Declaratory Judgment Plaintiffs and Declaratory Judgment Defendants agree to file with the Court a stipulation of dismissal, or to notify the Court that the cases did not settle, on or before June 8, 2011.

Dated: May 2, 2011						AGILITY IP LAW, LLP

							By: /s/ Monica Mucchetti Eno
								Monica Mucchetti Eno

							Attorneys for Defendants
							UNITED MODULE CORP., and
							KERANOS, LLC

Dated: May 2, 2011						KING & SPALDING, LLP

							By: /s/ Jeffrey D. Mills
								Jeffrey D. Mills

							Attorneys for Plaintiffs
							MICROCHIP TECHNOLOGY, INC. and
							SILICON STORAGE TECHNOLOGY, INC.,
							FREESCALE SEMICONDUCTOR, INC.,
							NATIONAL SEMICONDUCTOR CORP., and
							ANALOG DEVICES, INC.; TAIWAN
							SEMICONDUCTOR MANUFACTURING
							CO., LTD., TSMC NORTH AMERICA, and
							UBICOM, INC.; SAMSUNG ELECTRONICS
							CO., LTD., and SAMSUNG
							SEMICONDUCTOR, INC.

**ORDER**

Pursuant to the parties' joint stipulation, the parties are ordered to complete mediation with a Court ADR Program mediator on or before June 7, 2011. On or before June 8, 2011, the parties shall file a stipulation of dismissal, or notify the Court that the cases did not settle.

These cases are stayed until June 8, 2011.

**IT IS SO ORDERED.**

Dated: May 3, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge